Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW, <br><br> Plaintiff, <br><br> vs. <br><br> GMS INVESTMENTS, a California Partnership; ARMANDO NARANJO and ZAIRA NARANJO dba SENOR GUACAMOLE; SARBJIT K. NARWAL and TARLOCHAN NARWAL dba BEN MADDOX PIK N GO, <br><br> Defendants. | No. 1:12-cv-01971-AWI-GSA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ARMANDO NARANJO AND ZAIRA NARANJO DBA SENOR GUACAMOLE; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that <u>only</u> Defendants Armando Naranjo and Zaira Naranjo dba Senor Guacamole be dismissed <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 8, 2013          MOORE LAW FIRM, P.C.


                              /s/Tanya E. Moore
                              Tanya E. Moore
                              Attorneys for Plaintiff Cecil Shaw

*Shaw v. GMS Investments, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> Defendants Armando Naranjo and Zaira Naranjo dba Senor Guacamole are dismissed <u>without</u> prejudice from this action.

IT IS SO ORDERED.

Dated:   January 8, 2013

_____
UNITED STATES DISTRICT JUDGE