Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>  vs.<br><br>GMS INVESTMENTS, et al.,<br><br>    Defendants. | No.  1:12-CV-01971-AWI-GSA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 21, 2013                              MOORE LAW FIRM, P.C.


                                                  /s/Tanya E. Moore
                                                  Tanya E. Moore
                                                  Attorneys for Plaintiff Cecil Shaw

///

///

///

*Shaw v. GMS Investments, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   March 21, 2013                         _____
                                                SENIOR  DISTRICT  JUDGE

*Shaw v. GMS Investments, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 2