Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

CECIL SHAW,

   Plaintiff,

  vs.

GMS INVESTMENTS, et al.,

   Defendants.

No. 1:12-CV-01971-AWI-GSA

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER**

  WHEREAS, no Defendant has filed an answer or motion for summary judgment;

  WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

  Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 21, 2013      MOORE LAW FIRM, P.C.


             /s/Tanya E. Moore
             Tanya E. Moore
             Attorneys for Plaintiff Cecil Shaw

///
///
///

*Shaw v. GMS Investments, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   March 21, 2013                          _____
                                                              SENIOR  DISTRICT  JUDGE

*Shaw v. GMS Investments, et al.*
Notice of Voluntary Dismissal; [Proposed] Order